M. Salimoff & Company et al., Appellants, *v.* Vacuum Oil Company Respondent.

(Argued April 25, 1932; decided June 1, 1932.)

*J. Alvin Van Bergh* and *Eugene Eisenmann* for appellants.

*A. Donald MacKinnon* and *William Dean Embree* for respondent.

Order of Appellate Division and that of Special Term reversed, with costs in all courts, and motion requiring each plaintiff to furnish security for costs denied, with ten dollars costs of the motion. First question certified answered in the affirmative, and second, third and fourth questions certified answered in the negative on authority of *Salimoff & Co.* v. *Standard Oil Company of New York* (259 N. Y. 219). No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS and CROUCH, JJ.